B18J(Form 18J) (08/07)

# United States Bankruptcy Court

## Middle District of Florida

### Case No.  8:10–bk–08714–CED

### Chapter 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Shodhanlall Hiralall  
3614 Thomas Cooper Ln.  
Valrico, Fl 33594

Uma Hiralall  
3614 Thomas Cooper Ln.  
Valrico, Fl 33594

Social Security No.:  
  xxx–xx–7255

xxx–xx–0417

Employer's Tax I.D. No.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED:**

The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

_____

Caryl E. Delano  
United States Bankruptcy Judge

Dated: August 12, 2010

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18J continued (08/07)

**EXPLANATION OF BANKRUPTCY DISCHARGE
IN A JOINT CHAPTER 7 CASE**

This court order grants a discharge to the persons named as the debtors. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtors a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtors. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtors' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 113A-8         User: knoxk           Page 1 of 1          Date Rcvd: Aug 12, 2010
Case: 10-08714               Form ID: B18J         Total Noticed: 20
```

```
The following entities were noticed by first class mail on Aug 14, 2010.
db/jdb       +Shodhanlall Hiralall,   Uma Hiralall,   3614 Thomas Cooper Ln.,   Valrico, Fl 33594-7610
app          +Robert Bonnell,   PO Box 10337,   Brooksville, FL 34603-0337
18141826     +AFNI,   PO BOX 3097,   BLOOMINGTON, IL 61702-3097
18141829     +BARCLAYS BANK,   PO BOX 8803,   WILMINGTON, DE 19899-8803
18141832     +CAVALRY PORTFOLIO,   PO BOX 27288,   TEMPE, AZ 85285-7288
18141836     +FIRST EQUITY CARD/TSYS,   PO BOX 84075,   COLUMBUS, GA 31908-4075
18141825     +GMAC Real Estate,   113-115 River Ae. N,   Po Box 225,   Belmond, Ia 50421-0225
18141823     +Saxon Mortgage,   Po Box 161489,   Ft. Worth, Tx 76161-1489
18141837     +Trader Municipal Utilities,   649 Second St.,   Traer, Ia 50675-1230
```

```
The following entities were noticed by electronic transmission on Aug 12, 2010.
tr            EDI: QSKWOODARD.COM Aug 12 2010 19:53:00    Susan K. Woodard,   Trustee,   PO Box 7828,
               St. Petersburg, FL  33734-7828
cr           +EDI: RECOVERYCORP.COM Aug 12 2010 19:53:00    Recovery Management Systems Corporation For GE Mon,
               25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
18387264     +EDI: ATLASACQU.COM Aug 12 2010 19:53:00    Atlas Acquisitions LLC,   294 Union St.,
               Hackensack, NJ 07601-4303
18141828     +EDI: BANKAMER2.COM Aug 12 2010 19:53:00    BANK OF AMERICA,   PO BOX 17054,
               WILMINGTON, DE 19850-7054
18141827     +EDI: BANKAMER.COM Aug 12 2010 19:48:00    BANK OF AMERICA,   PO BOX 1390,
               NORFOLK, VA 23501-1390
18141831     +EDI: CAPITALONE.COM Aug 12 2010 19:53:00    CAPITAL ONE,   PO BOX 30281,
               SALT LAKE CITY, UT 84130-0281
18141833     +EDI: CHASE.COM Aug 12 2010 19:53:00    CHASE BANK USA,   800 BROOKSEDGE BLVD,
               WESTERVILLE, OH 43081-2822
18141824      EDI: CHRYSLER.COM Aug 12 2010 19:53:00    Chrysler Financial,   Po Box 9001921,
               Louisville, Ky 40290
18141834     +EDI: CITICORP.COM Aug 12 2010 19:53:00    CITI CARDS/CITIBANK,   PO BOX 6241,
               SIOUX FALLS, SD 57117-6241
18141835      EDI: DISCOVER.COM Aug 12 2010 19:53:00    DISCOVER FINANCIAL,   PO BOX 15316,
               WILMINGTON, DE 19850
18527808      EDI: RECOVERYCORP.COM Aug 12 2010 19:53:00    Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
                                                                                  TOTAL: 11
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18141830     ##+CACH LLC/COLLECT,   370 17TH ST STE 5000,   DENVER, CO 80202-5690
                                                                    TOTALS: 0, * 0, ## 1
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 14, 2010**                    **Signature:**   _Joseph Speetjens_